# United States Court of Appeals
### For the Eighth Circuit

_____

No. 18-3209

_____

United States of America

*Plaintiff - Appellee*

v.

Maria Esther Carrillo-Varelas

*Defendant - Appellant*

_____

Appeal from United States District Court
for the Western District of Arkansas - Fayetteville

_____

Submitted: June 27, 2019
Filed: July 1, 2019
[Unpublished]

_____

Before KELLY, BOWMAN, and GRASZ, Circuit Judges.

_____

PER CURIAM.

Maria Esther Carrillo-Varelas directly appeals after she pled guilty to a drug-trafficking offense, and the district court[1] sentenced her to a prison term below the

_____

[1]The Honorable Timothy L. Brooks, United States District Judge for the Western District of Arkansas.

calculated United States Sentencing Commission Guidelines Manual ("Guidelines") range.  Her counsel has filed a brief under *Anders v. California*, 386 U.S. 738 (1967), challenging the district court's application of two Guidelines enhancements, one for maintaining a premises for the purpose of distributing a controlled substance, and the other for possessing a dangerous weapon during a drug-trafficking offense.

After careful review of the record, we conclude that the enhancements were properly applied, as they were not based on clearly erroneous findings.  *See United States v. Miller*, 698 F.3d 699, 705 (8th Cir. 2012) (noting whether the defendant maintained a premises for the purpose of distributing a controlled substance is a factual finding reviewed for clear error); *United States v. Atkins*, 250 F.3d 1203, 1213 (8th Cir. 2001) (noting whether the defendant possessed a firearm during a drug-trafficking offense is a factual finding reviewed for clear error).  We have also independently reviewed the record under *Penson v. Ohio*, 488 U.S. 75 (1988), and have found no non-frivolous issues for appeal.  Accordingly, we affirm.

_____